■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIAN CENNAME, Appellant. [886 NYS2d 354]—Appeal by the defendant from a judgment of the Supreme Court, Rockland County (Alfieri, J.), rendered September 8, 2008, convicting her of assault in the second degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant knowingly, voluntarily, and intelligently waived her right to appeal (*see People v Ramos,* 7 NY3d 737, 738 [2006]; *People v Lopez,* 6 NY3d 248, 256 [2006]; *People v Seaberg,* 74 NY2d 1, 11 [1989]). The defendant's valid waiver of her right to appeal forecloses appellate review of her claim that the sentence imposed was excessive (*see People v Hairston,* 53 AD3d 669 [2008]; *People v Churchill,* 52 AD3d 621, 622 [2008]; *People v Vega,* 51 AD3d 694, 695 [2008]; *People v Morgan,* 44 AD3d 797, 798 [2007]). Rivera, J.P., Florio, Miller and Austin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL COLLAZO, Appellant. [886 NYS2d 354]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Griffin, J.), rendered May 30, 2007, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]).

The defendant has not, nor could he have, raised any nonfrivolous issues in his supplemental pro se brief. Fisher, J.P., Florio, Angiolillo, Eng and Roman, JJ., concur.